# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:07cv32

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **NEW RIVER FABRICS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the joint Notice of Settlement. In such pleading, respective counsel represent that a consent decree will be submitted to the court not later than May 2, 2008. Based on such representation, the court will cancel the May 13 Final Pretrial Conference and May 19 Trial Setting; however, counsel should be aware that if the consent decree is not filed by such date, this matter will, on Monday, May 5, 2008, be placed back on for hearing and trial on the originally calendared dates.

## ORDER

**IT IS, THEREFORE, ORDERED** that this matter is **CONTINUED** from hearing on May 13, 2008, and trial on May 19, 2008, conditioned upon the filing of a joint consent decree not later than May 2, 2008.

Signed: April 24, 2008

Dennis L. Howell
United States Magistrate Judge